# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAZARO RODRIGUEZ RAMOS,

    Petitioner

v.

TODD BLANCHE, et al.,

    Respondents

Case No.: 2:26-cv-01409-APG-NJK

**Order Requiring Respondents to Schedule Medical Referrals**

Lazaro Rodriguez Ramos is a citizen of Cuba currently detained by U.S. Immigration and Customs Enforcement (ICE). ECF No. 8-6 at 2. He alleges he is suffering irreparable harm due to inadequate medical care while in detention. I ordered the respondents to file a supplemental brief to prove that he is receiving adequate care and allowed Rodriguez Ramos to respond. ECF No. 17.

The respondents responded with a timeline of seven instances of Rodriguez Ramos receiving medical care within the last three months. On May 11, 2026, his doctor recommended outpatient surgical evaluation "for both hiatal hernia and chronic inguinal hernia management." ECF No. 19 at 110. On May 28, 2026, his doctor referred him to general medicine and gastroenterology. *Id.* at 15. The respondents say they do not have the date of these appointments. ECF No. 18 at 3 n.1. But they do not state that the appointments have been made, nor is it clear that they have attempted to make the appointments, even though two months have passed since the referral. *See* ECF No. 19 at 8 (surgery referrals were "pending" as of June 19, 2026). In reply, Rodriguez Ramos also does not state that his appointments have been made. To ensure that irreparable harm does not occur to Rodriguez Ramos while his habeas corpus petition is pending, I order the respondents to schedule his referral appointments.

I THEREFORE ORDER that by **August 7, 2026**, the respondents must schedule (1) an outpatient surgical evaluation, (2) a referral to a gastroenterologist, and (3) a referral to general medicine.  The appointments must occur before **September 30, 2026**.  In the alternative, the respondents may choose to release Rodriguez Ramos from custody by August 6, 2026 so he can arrange his own medical care.  If the respondents are not able to schedule these appointments within this time frame, they must explain what they have done to comply with this order.  The status report is due by **August 10, 2026**.

DATED this 27th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE